## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERICA L. COULBOURN,** | * | |
| **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-12-1440 |
| **MICHAEL S. FELDER, D.O.,** *et al.* | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the stipulated dismissal by all parties of Defendant Michael S. Felder, D.O., on April 4, 2013 (ECF No. 27), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to terminate Michael S. Felder, D.O. as a Defendant.

DATED this 5th day of April, 2013.

BY THE COURT:

/s/
James K. Bredar
United States District Judge