# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CAROL QUESENBERRY** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:   JKB-12-cv-1440 |
| **PENINSULA REGIONAL MEDICAL CENTER** | * | |
| | * | Approved 7/29/13 |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO APPROVE ALLOCATION OF SETTLEMENT FUNDS

Plaintiff, by her attorneys, E. Dale Adkins, III, Ryan S. Perlin, and Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., respectfully requests that the Court approve the parties' allocation of settlement funds in this case, and in support thereof, states as follows:

1. This medical malpractice case arises from Carol Quesenberry's hospitalization at Peninsula Regional Medical Center between July 28, 2008 and August 20, 2008. Plaintiff sued the Hospital and one of her attending physicians alleging that they failed to prevent Ms. Quesenberry from developing a decubitus ulcer on her sacrum, and failed to properly treat the ulcer once it was discovered.[1,2]

2. On April 2, 2013, the parties agreed to resolve the case.[3] As part of the settlement, the parties agreed to an allocation of the settlement as between recoverable medical bills and

---

[1] Dr. Michael Felder was originally a Defendant in the lawsuit. He was dismissed from the case on April 4, 2013.

[2] Ms. Quesenberry originally filed the suit in her own name, but died on August 19, 2012. Her daughter, Erica L. Colbourn, as Executrix of the Estate of Carol Quesenberry, was substituted as the party Plaintiff on January 31, 2013.

[3] The settlement amount is confidential, but can be provided privately to the Court if requested.

1